THE VILLAGE OF SEATON, Appellant, *v.* FRED L. CARLSON *et al.*, Appellees.

(No. 71-27; )

Third District—October 29, 1971.

Hottle & Spears, of Monmouth, for appellant.

James C. Allen, of Aledo, for appellees.

Mr. JUSTICE DIXON delivered the opinion of the court:

In this cause the appellant has fully perfected its appeal and complied with all the requirements of the rules of court. Appellee has filed no brief or argument to sustain the judgment. Where such is the case, the judgment may be reversed, without a consideration of the cause on its merits. 2 I.L.P. Appeal and Error, sec. 560; *Guerra v. Gilkey*, 68 Ill.App.2d 221.

Judgment reversed.

ALLOY, P. J., and STOUDER, J., concur.